# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL ALEXANDER LEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3290

[December 12, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2016CF008738.

Gary L. Pickett, West Palm Beach, (withdrawn as counsel after filing briefs), and Thomas Montgomery, Belle Glade, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Joseph D. Coronato, Jr., Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***